EATON & VAN WINKLE LLP
 Robert K. Gross (RG 5635)
 Robert W. Swetnick (RS 6443)
3 Park Avenue
New York, New York 10016
Tel: (212) 779-9910
Fax: (212) 779-9928
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL MARTINZEZ, on behalf of himself and
others similarly situated,

                              Plaintiff,

            v.

NFP BAKERY MANUFACTURING CORP.,

                              Defendant.

**RULE 7.1 STATEMENT**

08 CV  3979 (RPP)

        Pursuant to the provisions of Rule 7.1(a) of the Federal Rules of Civil Procedure,

and to enable judges and magistrate judges of the court to evaluate possible

disqualification or recusal, the undersigned counsel of record for a private (non-

governmental) party, NFP Bakery Manufacturing Corp., certifies that the following are

corporate parents of NFP Bakery Manufacturing Corp, or publicly held corporations that

are affiliates or subsidiaries of NFP Bakery Manufacturing Crop. or that own 10% or

more of its stock:

                **NONE**

Dated:     New York, New York
           June 20, 2008


                              EATON & VAN WINKLE LLP

                    By:     _____
                            Robert K. Gross (RG 5635)
                            Robert W. Swetnick (RS 6443)
                            *Attorneys for Defendant*
                            3 Park Avenue
                            New York, New York 10016
                            Tel: (212) 779-9910
                            Fax: (212) 779-9928

2