```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EMANUEL MARTINEZ, on behalf of himself and
others similarly situated,

                Plaintiff,                Case No.: 08CV3979 (RPP)

       v.                                    **STIPULATION**

NFP BAKERY MANUFACTURING CORP.,

                Defendant.

------------------------------------------------------------x

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, that the time for NFP Bakery Manufacturing Corp. to answer, move or otherwise respond to the Complaint is hereby extended to June 20, 2008.

| | |
|---|---|
| EATON & VAN WINKLE LLP<br>Attorneys for NFP Bakery Manufacturing Corp.<br>3 Park Avenue, 16th Floor<br>New York, NY 10016<br>Tel.: (212) 779-9910<br>Fax: (212) 779-9928 | LAW OFFICES OF<br>ROBERT L. KRASELNIK, PLLC<br>Attorneys for Emanual Martinez<br>40 Wall Street, 28th Floor<br>New York, NY 10005<br>Tel.: (212) 400-7160<br>Fax: (212) 400-7162 |
| By: _____<br>Robert K. Gross (RKG 5635) | By: _____<br>Robert L. Kraselnik (RK 0684) |

SO ORDERED

_____
U.S.D.J.
6/23/08