UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martinez             Plaintiff(s)

-against-

NFP Bakery Mfg.
_____ Defendant(s)

08 CV 3979 (RPP)

SCHEDULING ORDER

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes ____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by 7/30/08.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by 9/30/08.

9. ~~Dispositive~~ *jurisdictional* motions by 7/30/08, Answer by _____, Reply by _____.

10. Pretrial order to be filed by 10/10/08.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for 10/20/08 at 9:30 AM.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

Dated: New York, New York
6/30/08

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.