EATON & VAN WINKLE LLP
 Robert K. Gross (RG 5635)
 Robert N. Swetnick (RS 6443)
3 Park Avenue
New York, New York 10016
Tel: (212) 779-9910
Fax: (212) 779-9928
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMANUEL MARTINZEZ, on behalf of himself and others similarly situated,<br><br>                     Plaintiff,<br><br>     v.<br><br>NFP BAKERY MANUFACTURING CORP.,<br><br>                     Defendant. | 08 CV 3979 (RPP)<br><br>**DEFENDANT'S MANDATORY DICSCLOSURES PURSUANT TO  FED. R. CIV. P. 26(A)(1)** |

Defendant NFP Bakery Manufacturing Corp. (hereinafter "NFP" or "Defendant"), by its attorneys, Eaton & Van Winkle LLP, as and for its mandatory disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, states as follows:

1.     <u>Individuals</u> - The names and, if known, the address and telephone number of the individuals who are likely to have information that NFP may use to support its defenses (other than for impeachment), as well as the subjects of such information are as follows:

| NAME | ADDRESS AND TELEPHONE NUMBER | Subject |
|---|---|---|
| George Lampropoulos | C/o NFP Bakery Manufacturing Corp.<br>66 Mercer Street<br>New York, N.Y.<br>(212) 274-1870 | Plaintiff's duties as a driver for NFP and the hours of performance of such duties |
| Manolo Olalde | C/o NFP Bakery Manufacturing Corp.<br>66 Mercer Street<br>New York, N.Y.<br>(212) 274-1870 | Plaintiff's duties as a driver for NFP, the hours of performance of such duties, the hours worked by Plaintiff, and NFP's supervision of Plaintiff |
| Adam Lopez | C/o NFP Bakery Manufacturing Corp.<br>66 Mercer Street<br>New York, N.Y.<br>(212) 274-1870 | Plaintiff's duties as a driver for NFP and the hours of performance of such duties |
| Juan Castillo | C/o NFP Bakery Manufacturing Corp.<br>66 Mercer Street<br>New York, N.Y.<br>(212) 274-1870 | Plaintiff's duties as a driver for NFP and the hours of performance of such duties |
| Carlos Gonzalez | C/o NFP Bakery Manufacturing Corp.<br>66 Mercer Street<br>New York, N.Y.<br>(212) 274-1870 | Hours worked by Plaintiff as a driver for NFP |

Subject to further investigation by NFP, individuals at businesses to which Plaintiff made deliveries as a driver for NFP may have discoverable information concerning the times of such deliveries.

NFP reserves the right to call as witnesses such individuals, and or other individuals whose identities, or whose likelihood of having discoverable information that NFP may use to support defenses, are not currently known to NFP.

2. <u>Documents</u> – NFP may use documents in the following categories in its possession, custody or control to support its defenses (other than for impeachment), all of which would be located at NFP's offices:

    A. Documents identifying the locations to which Plaintiff made deliveries as an NFP driver;

    B. Documents respecting payments to Plaintiff and/or time worked by NFP drivers.

3. <u>Insurance Agreements under Rule 26(a) (1)(D)</u> – None

Dated:   July 30, 2008

                              EATON & VAN WINKLE LLP

                              By: _____
                                  Robert K. Gross (RG-5635)

                              3 Park Avenue
                              New York, New York 10016
                              (212) 779-9910
                              Attorneys for Defendant

To:   Robert L. Kraselnik, Esq.
      Robert L. Kraselnick PLLC
      40 Wall Street, 28th Floor
      New York, New York 10005